# United States Court of Appeals for the Federal Circuit

October 13, 2010

**ERRATA**

Appeal No. 2010-1092
(Serial No. 10/193,545)

## IN RE LAWRENCE A. BOROS AND MARKAY M. BOROS

Decided:  October 13, 2010
Nonprecedential Opinion

Please make the following change:

Page 1, last sentence, change "him" to --her--.